UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

JESUS DIEGUEZ                                              Case No. 12-34416-LMI

    Debtor.                                                 Chapter 7

JESUS DIEGUEZ

    Plaintiff

VALENCIA TOWERS CONDOMINIUM
ASSOCIATION, INC.
A Florida not-for-profit-corporation                       Adv. Proc. No.
    Defendant

_____/

## COMPLAINT TO ADD OMITTED CREDITOR

COMES NOW, the Debtor, Jesus Dieguez, by and through his undersigned counsel and pursuant to this Court's Order Reopening Case to add omitted creditor dated March 5, 2015 and 11 U.S.C.§350 and file this her Complaint to add omitted creditor.

### Jurisdictional Allegations

1. This is an action to add a omitted creditor pursuant to this Court's Order Reopening case to add omitted creditor dated March 5, 2015 and 11 U.S.C. §350.

2. This is a core proceeding pursuant to 28 U.S.C. 157(b)(2)(I); this court has jurisdiction pursuant to 28 U.S.C 157(b)(1).

### General Allegations

1. The case was closed on January 18, 2013.

2. That subsequent to discharge the debtor learned that there was a pre-petition creditor that was inadvertently left out of the debtor's schedules.

3. The debtor did not list Valencia Towers Condominium Association, Inc. as a creditor in his chapter 7 bankruptcy.

4. The debtor reopened his chapter 7 bankruptcy case in order to include the unsecured creditor, Valencia Towers Condominium Association, Inc.

5. This court has entered an Order Reopening Case to add omitted creditor dated March 5, 2015 directing Debtor to file this Adversary proceeding.

1

**WHEREFORE** the Debtor, Jesus Dieguez, respectfully requests that this Honorable Court enter judgment in its favor and against Defendant Valencia Towers Condominium Association, Inc. finding that the debt complained is discharged.

**I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that this 17th day of March 2015 a true and correct copy of the foregoing was sent via CM/ECF to: Jacqueline Calderin, 247 SW 8 Street #880, Miami, FL 33130, Valencia Towers Condominium Association, Inc., 6060 – 6130 West 21 Court, Hialeah, FL 33016.  Valencia Towers Condominium Association, Inc. c/o Registered Agent, Brough, Chadrow & Levine, PA, 1900 N. Commerce Parkway, Weston, FL 33326, and via certified mail to Valencia Towers Condominium Association, Inc. c/o President Alvaro Mena, 1275 West 47 Place, Suite 310, Hialeah, FL 33012.

Robert Sanchez, Esq.
355 West 49 the Street
Hialeah, FL 33012
Tel. (305)-687-8008


By:  */s/ Robert Sanchez*
Robert Sanchez, Esquire
FBN#0442161