

ORDERED in the Southern District of Florida on May 15, 2015.

_____
Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

In re:

JESUS DIEGUEZ                                    Case No. 12-34416-LMI

    Debtor.                                    Chapter 7

JESUS DIEGUEZ

    Plaintiff

VALENCIA TOWERS CONDOMINIUM
ASSOCIATION, INC.
A Florida not-for-profit-corporation              Adv. Proc. No. 15-01173-LMI
    Defendant

_____/

### FINAL JUDGMENT OF DISCHARGEABILITY

    This action having come before this Court upon entry of Default against Defendant, Valencia Towers Condominium Association, Inc. [DE #6]:

    **IT IS ADJUDGED** that:

1. Valencia Towers Condominium Association, Inc. debt arising pre-petition from charges and fees is dischargeable under 11 U.S.C. Section 523.

2. Said debt discharges the debtor from personal liability of Valencia Towers Condominium Association, Inc.

# # #

Submitted by:
Law Offices of Robert Sanchez, Esq. 355 West 49th Street, Hialeah, FL 33012
* Attorney Robert Sanchez, Esq. is hereby directed to serve a copy of this order upon all interested parties