**Form CGFD62**  (9/19/08)

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number:** 12–34416–LMI                **Adversary Number:** 15–01173–LMI

In re:

**Name of Debtor(s):** Jesus Dieguez

———————————————————————/

**Jesus Dieguez**

Plaintiff(s)

**VS.**

**Valencia Towers Condominium Association, Inc**

Defendant(s)

———————————————————————/

## NOTICE OF ENTRY ON DOCKET OF JUDGMENT/ORDER

Notice is hereby provided pursuant to Bankruptcy Rule 9022 that the Judgment/Order titled **Final Judgment Of Dischargeability** (copy attached) was entered on the docket on **5/18/2015** .

**Dated: 5/18/15**                                **CLERK OF COURT**
                                                By: Marva Reynolds
                                                Deputy Clerk (305) 714–1800

The clerk shall serve a copy of this notice on all interested parties.